| | | |
|---|---|---|
| CHRISTOPHER M. LAWSON, an individual | ) | **United States District Court** |
| Plaintiff. | ) | **Northern District of Illinois** |
| V. | ) | |
| JESSE WHITE, IL Secretary of State, | ) | **Jury Trial Demanded** |
| In his official and individual capacities | ) | |
| DEBORAH HAGAN, Secretary IDFPR | ) | CASE NO. 1:19-cv-03494 |
| In her official and individual capacities, | ) | Judge: Elaine E. Bucklo |
| FRANK J. MAUTINO, IL Auditor General | ) | Magistrate Judge: Jeffrey T. Gilbert |
| In his official and individual capacities | ) | |
| SUSANA A. MENDOZA, IL Comptroller | ) | |
| In her official and individual capacities | ) | |
| MICHAEL W. FRERICHS, IL Treasurer | ) | **FILED** |
| In his official and individual capacities | ) | |
| LEO P. SCHMITZ, IL State Police Director | ) | JUN 13 2019 |
| In his official and individual capacities | ) | THOMAS G. BRUTON |
| and OTHER UKNOWN DEFENDANTS | ) | CLERK, U.S. DISTRICT COURT |
| Defendants, | ) | |

---

## AMENDED COMPLAINT

NOW COMES the Plaintiff, CHRISTOPHER M. LAWSON, by and through

himself as Pro Se, and complaining of Defendants, Illinois Secretary of State JESSE

WHITE, Illinois Department of Financial and Professional Regulations Secretary

DEBORAH HAGAN, Illinois Auditor General FRANK J. MAUTINO, Illinois

Comptroller SUSANA A. MENDOZA, Illinois Treasurer MICHAEL W. FRERICHS,

Illinois State Police Director LEO P. SCHMITZ, and unknown duly authorized

agents and/or employees as follows:

## NATURE OF CASE

1. This is an action for declaratory Judgement and expenses brought

pursuant to 42 U.S.C. § 1983, and laws of the State of Illinois.

## JURISDICTION

2. The court has jurisdiction over the claims asserted herein by Plaintiff

pursuant 28 U.S.C. §1331, 28 U.S.C. §1343(a), (1), (3), 28 U.S.C. §1339 postal

matters, 28 U.S.C. §1367(a) supplemental jurisdiction over the lawsuit over Plaintiff's

State law claims 705ILCS 505/8(a)(i), because Plaintiffs claims are so related to claims

within the court's original jurisdiction, that they form part of the same case or

controversy under Article III of the United States Constitution.

## VENUE

3. Venue is proper in this court pursuant to 28 USC § 1391(b)

All of the events that took place occurred within the County of Cook, State of Illinois.

## THE PARTIES

### A. Plaintiff

4. CHRISTOPHER M. LAWSON, a 26 year, 2011 retired Chicago Police Officer, employee number 12916/637012, Author of the book "Truth Or Treason" ISBN 9780988974708 and "Truth Or Treason II" ISBN 9780998490304, Documentarian of "Crossing the Blue Line" and Producer, was at all relevant times, a resident of the City of Chicago, County of Cook, State of Illinois, and as a citizen of the United States of America, enjoyed all rights, privileges and liberties guaranteed by the Constitution of the United States of America and all Amendments thereto.

### B. Defendants

5. JESSE WHITE, ("WHITE"), is the Illinois Secretary of State ("SOS"), elected into office in 1998 and has maintained this position for over 21 years. WHITE, has authority over all SOS policies, practices and customs relating to the issuance of vehicle license plates, vehicle titles, licenses drivers, driver's records and Illinois State Police. He is sued in his official and individual capacities.

6. DEBORAH HAGAN, ("HAGAN"), was the Acting Secretary of the Illinois Department of Financial and Professional Regulations ("IDFPR") and approximately June 1, 2019 was appointed Secretary of the Illinois Department of Financial and Professional Regulations. HAGAN, has authority over all IDFPR policies, practices and customs relating to protecting the public. She is sued in her official and individual capacities.

7. FRANK J. MAUTINO, ("MAUTINO"), is the Illinois Auditor General. MAUTINO, has authority over all Office of the Auditor General, policies, practices and customs relating to auditing and reviewing the receipt, obligation and use of all State of Illinois funds. He is sued in his official and individual capacities.

8. SUSANA A. MENDOZA, ("MENDOZA") is the Illinois Comptroller. MENDOZA, has authority over all Office of the Comptroller, policies, practices and customs relating to, signing paychecks, or grants approval to electronic payments, made by the state to its employees and creditors. She is sued in her official and individual capacities.

4

9.      MICHAEL W. FRERICHS, ("FRERICHS"), is the Illinois State Treasurer ("IST"). The Treasurer acts as the state's banker, chief investment officer and is charged with protecting the state's portfolio. FRERICHS, has authority over all IST policies, practices and customs relating to all State funds. He is sued in his official and individual capacities.

10.     LEO P. SCHMITZ, ("SCHMITZ"), is Director of the Illinois State Police ("ISP"). The Illinois State Police Director, operates, controls and conducts business from the on-line website ispfsb.com, and issues Firearm Owner Identification Cards ("FOID Cards"). SCHMITZ, has authority over all ISP policies, practices and customs relating to Illinois State Police, various law enforcement programs and the issuance of Firearm Owners Identification Cards (FOID Cards). He is sued in his official and individual capacities.

11.     All duly authorized employee's and/or agents of the Illinois Secretary of State's Office, Illinois Department of Financial and Professional Regulations, Illinois Treasurer's Office, Illinois Auditor General's Office, Illinois Comptroller's Office, Illinois

State Police Office, worked as duly appointed employee's and/or agents, are hereby sued in their official and individual capacities.

12.    At all times pertinent hereto, all defendants were acting under color of law, within the scope of their employment, and their conduct constituted governmental action.

## FACTS COMMON TO ALL COUNTS OF THE COMPLAINT

13.    Paragraphs 1 through 12 are hereby incorporated by reference as if fully rewritten herein.

14.    That on or about June 01, 2018 and February 22, 2019, Illinois Secretary of State's Office and Illinois Secretary of State Jesse White, leased, rented, maintained, operated and/or conducted business, from a 5th Floor office area, inside the James R. Thompson Center, located at 100 West Randolph Street Chicago, IL 60601.

15.    That on or about June 01, 2018, Illinois Secretary of State JESSE WHITE, duly authorized agents and/or employee's, leased, rented, maintained, operated

6

and/or conducted business, from a Illinois Secretary of State Driver's Services Department, inside the James R. Thompson Center, located at 100 West Randolph Street (lower concourse area) Chicago, IL 60601.

16.     That on or about June 01, 2018, Illinois Secretary of State JESSE WHITE, duly authorized agents and/or employee's, leased, rented, maintained, operated and/or conducted business, from Springfield, Illinois 62756.

17.     That on or about February 22, 2019, Illinois Department of Financial and Professional Regulations, former Acting and now Secretary DEBORAH HAGAN, and duly authorized employees and/or agents, leased, rented, maintained, operated and/or conducted business, inside the James R. Thompson Center, located at 100 West Randolph Street, 9th Floor-100 Chicago, IL 60601

18.     That on or about February 22, 2019, the STATE OF ILLINOIS, Illinois Treasurer's Office and Treasurer MICHAEL W. FRERICHS, and duly authorized agents and/or employees, leased, rented, maintained, operated and/or conducted business,

inside the James R. Thompson Center, located at 100 West Randolph Street, 15th Floor-600 Chicago, IL 60601

19.     That on or about February 22, 2019, the STATE OF ILLINOIS, Illinois Comptroller's Office and Comptroller SUSANA A. MENDOZA, and duly authorized agents and/or employees, leased, rented, maintained, operated and/or conducted business, inside the James R. Thompson Center, located at 100 West Randolph Street, 15th Floor-500 Chicago, IL 60601

20.     That on or about February 22, 2019, the STATE OF ILLINOIS, Illinois Auditor General's Office, leased, rented, maintained, operated and/or conducted business, inside the Michael J. Bilandic Building, located at 160 North LaSalle Street, 9th Floor Chicago, IL 60601

21.     That on or about October 29, 2018, the Illinois State Police, Director LEO P. SCHMITZ and duly authorized agents and/or employees, leased, rented, maintained, operated and/or conducted business on the internet website (ispfsb.com)

8

22.     That on or about February 22, 2019, the Illinois State Police, Director LEO

P. SCHMITZ and duly authorized agents and/or employees, leased, rented, maintained,

operated and/or conducted business inside the James R. Thompson Center a.k.a. State

of Illinois Building, located at 100 West Randolph Street, Suite 2-300, Chicago, IL

60601.

## STATEMENT OF FACTS

### Exhibit A
### (June 01, 2018)
### Illinois State Replacement License Plate No. 624**** Exp. Date 03/2019
### (WHITE)

23.     Paragraphs 1 through 22 are hereby incorporated by reference as if fully

rewritten herein.

24.     That on or about June  01, 2018, Illinois Secretary of State JESSE WHITE,

Springfield, Illinois 62756, employees and/or agents, under color of law, within the

scope of their employment, caused to be mailed out via United States Postal Service

(USPS), to Plaintiff's home address, a "NEW" replacement 2019 Illinois Vehicle License

Plate No. 624****, Vehicle Registration Card and Sticker (**Expiration date**: 03/2019)

addressed **TO:** CHRISTOPHER LAWSON, 1812 S. Clark Street, Apt.12 Chicago, IL 60616.

      a. Plaintiff CHRISTOPHER M. LAWSON, never requested a "new" replacement license plate or vehicle registration card.

      b. On June 01, 2019, the "new" replacement license plate & registration were not due to expire until eight (8) months later or 03/2019.

      c. The Plaintiff's middle initial "M" was omitted from the Registration Card.

25.     That on or about June 18, 2018, the Plaintiff CHRISTOPHER M. LAWSON, physically returned the "NEW" replacement Illinois License Plate No.624**** Expiration Date 03/2019, and Illinois Vehicle Registration Card, sealed in plastic, displaying the name CHRISTOPHER LAWSON, to the Illinois Secretary of State Drivers Services located at 100 West Randolph Street James R. Thompson Center (Lower Concourse).

26.     That on or about June 18, 2018, the Illinois Secretary of State Drivers Services, duly authorized employees and/or agents, Supervisor Ms. Pat, waived a $3.00 processing fee and issued the Plaintiff CHRISTOPHER M. LAWSON, a corrected Illinois Vehicle Registration Card, which displayed his middle initial "M" and offered an

apology. *"Sorry, about the omission of your middle initial (M) from the Vehicle Registration Card."*

### Exhibit B
### (October 29, 2018)
### Illinois State Police (ISP) On-Line FOID Card Application
### (SCHMITZ, WHITE)

27.     Paragraphs 1 through 26 are hereby incorporated by reference as if fully rewritten herein.

28.     That on or about October 29, 2018, the Plaintiff CHRISTOPHER M. LAWSON, applied for a Firearms Owner Identification Card ("FOID"), on the Illinois State Police (ISP) website (ispfsb.com).

29.     That on or about October 29, 2018, the Plaintiff CHRISTOPHER M. LAWSON, completed Step (1) one, created a user Name, password Step (2) two registered first name of Plaintiff, "CHRISTOPHER", middle Initial "M", and last name "LAWSON" , date of birth, address, phone no., and Driver's License No. L-250-****-****,

30.     Step (3) three ISP website (ispfsb.com) automatically displayed four (4)

identifiers about the Plaintiff or applicant.

    a.     "Your registration information"   Name: CHRISTOPHER LAWSON

    b.     "Driver's License No."              : L-250-****-****

    c.     "D.O.B."                            :2/22/****

    d.     "FOID Card No."                     :Undetermined


31.   Step (3) three ISP website required "Personal Declaration and Signature".

    a.     To complete the on-line registration for a Firearms Owner I.D. Card
    ("FOID"). The computer user or applicant must click on the box
    marked "under penalty of perjury" that the information is "TRUE
    and ACCURATE", on the Illinois State Police website (ispfsb.com).


32.   That on or about October 29, 2018, the Plaintiff CHRISTOPHER M. LAWSON,

could not complete Step (3) three "CONFIRMATION" and "ELECTRONIC SIGNATURE"

under penalty of perjury, due to:


    a.     The Illinois State Police (ISP) website (ispfsb.com) alteration and
    omission of Plaintiff's middle initial "M" while displaying his Illinois
    Driver's License No. L-250-****-****.

    b.     The Plaintiff signed up as CHRISTOPHER M. LAWSON

    c.     The Plaintiff's name was altered and displayed above his Illinois

Driver's License No. as CHRISTOPHER LAWSON.

## (October 29, 2018)
## Exhibit C
## Illinois State Police (ISP) E-mail
## (SCHMITZ, WHITE)

33.     Paragraphs 1 through 32 are hereby incorporated by reference as if fully rewritten herein.

34.     That on or about October 29, 2018, at 7:00pm.  The Plaintiff CHRISTOPHER M. LAWSON, sent an E-mail regarding the omission of Plaintiff's middle initial "M", by (ISP), using the Illinois State Police (ISP) FOID Card website ispfsb.com .

          a. The ISP never responded to the 7:00 pm e-mail from Plaintiff.

## (October 29, 2018)
## Exhibit D
## Illinois State Police (ISP) "2nd Petition Leo.P.Schmitz.ISP.Director.11/08/2018"
## (SCHMITZ)

35.    Paragraphs 1 through 34 are hereby incorporated by reference as if fully rewritten herein.

36.    On or about November 08, 2018, Plaintiff CHRISTOPHER M. LAWSON, via USPS Express Mail EE222321254, filed a complaint titled "2nd Petition Leo.P.Schmitz.ISP.Director.11/08/2018", regarding the ISP website (ispfsb.com) omission of Plaintiff's middle initial "M", and the display of his name as CHRISTOPHER LAWSON.

    a.    The Plaintiff CHRISTOPHER M. LAWSON, enclosed a $10.00 money order no. 15910 as payment for a new FOID Card.

    b.    The Plaintiff also enclosed a 2x2 inch photograph to be displayed on his new FOID Card.

    c.    The Plaintiff also requested a written response from Defendant via USPS, by Nov. 15, 2018

37.    On or about November 08, 2018, Plaintiff CHRISTOPHER M. LAWSON, via USPS Express Mail EE222321254, filed a complaint titled "2nd Petition Leo.P.Schmitz.ISP.Director.11/08/2018", regarding the ISP website (ispfsb.com)

**Exhibit E**
**(January 20, 2019)**

14

**Illinois Replacement License Plate No. 707\*\*\*\* Exp. Date 10/2019**
**(WHITE)**

38.　　Paragraphs 1 through 37 are hereby incorporated by reference as if fully rewritten herein.

39.　　That on or about January 20, 2018, Illinois Secretary of State JESSE WHITE, Springfield, Illinois 62756, employees and/or agents, under color of law, within the scope of their employment, caused to be mailed out via United States Postal Service (USPS), to Plaintiff's home address, a "NEW" replacement 2019 Illinois Vehicle License Plate No. 707\*\*\*\*, Vehicle Registration Card and Sticker (**Expiration date:** 10/2019) addressed **TO:** CHRISTOPHER LAWSON, 1812 S. Clark Street, Apt.12 Chicago, IL 60616.

- a. Plaintiff CHRISTOPHER M. LAWSON, never requested a "new" replacement license plate or vehicle registration card.

- b. On January 20, 2019, the "new" replacement license plate & registration were not due to expire until eight (8) months later or 10/2019.

- c. The Plaintiff's middle initial "M" was omitted from the Registration Card.

40.     That on or about January 20, 2019, the Plaintiff CHRISTOPHER M.

LAWSON, via a United States Postal Service mail box,  returned the "NEW"

replacement Illinois License Plate No.707**** Expiration Date 10/2019, and Illinois

Vehicle Registration Card, sealed in plastic, displaying the name CHRISTOPHER

LAWSON, to JESSE WHITE Illinois Secretary of State Springfield, IL 62756

### Exhibit F,G,H,I
### (February 22, 2019)
### Illinois Driver's License & ID Card Re-newal
### (WHITE)

41.     Paragraphs 1 through 40 are hereby incorporated by reference as if fully

rewritten herein.

42.   That on or about February 22, 2019, the Plaintiff CHRISTOPHER M. LAWSON

paid the STATE OF ILLINOIS, Illinois Driver's Services Department a $30.00 fee

(Exhibit F), to renew his Illinois Driver's License, and a $20.00 fee (Exhibit G), to renew

his State of Illinois Identification Card.

43.    That on February 22, 2019, the Defendants, Illinois Secretary of State JESSE

WHITE,  Illinois Secretary of State Driver Services Department, and/or agents, acting

under color of law, within the scope of their employment, renewed and issued the

Plaintiff, CHRISTOPHER M. LAWSON, a temporary paper Illinois Driver's License receipt

no. 306CC7924 **expiration date** 5/23/2019 (Exhibit H), and paper Illinois State

Identification Card receipt no. 306CC7925, **expiration date** 5/23/2019

(Exhibit I).

44.    That on or about February 22, 2019, the Defendants, JESSE WHITE Secretary

of State, Illinois Driver's Services Department receipts, display the following pre-

printed statement... "You should receive your Driver's License/CLP/ID Card within 15

business days from the date issued (above) unless you have received correspondence

stating otherwise." (Exhibit H and I).

**Exhibit J,K,**
**(March 04, 2019)**
**(2) two white envelopes SOS**
**(WHITE)**

45.    That on or about March 04, 2019, approximately seven (7) business days later, the United States Postal Service (USPS) delivered, two (2) sealed 4x9 inch white envelopes, each containing a hard 2x3 inch card, similar to a permanent Driver's License or Identification Card, from "ILLINOIS SECRETARY OF STATE Springfield Illinois 62756," RETURN SERIVICE REQUESTED "TO: CHRISTOPHER LAWSON 1812 S Clark St. Apt.12, Chicago IL 60616" (Exhibit J and K).

46.    That on or about March 4, 2019, the Plaintiff CHRISTOPHER M. LAWSON, hand wrote, the following statement, "Return to Sender, Incorrectly Addressed and/or Missing Information" and returned by placing in a (USPS) mail box at 2035 S. State Street, Chicago, IL 60616,  the same two (2) sealed 4x9 inch white envelopes, each containing a hard 2x3 inch card, similar to a permanent Driver's License or Identification Card, **From:** "ILLINOIS SECRETARY OF STATE Springfield Illinois 62756," RETURN SERIVICE REQUESTED **TO:** "CHRISTOPHER LAWSON 1812 S Clark St. Apt.12, Chicago IL 60616" (Exhibit J and K).

<u>**Exhibit L**</u>
**(April 08, 2019)**
**(Petition to SOS WHITE)**

47.    That on or about April 8, 2019, (36-days later), the Plaintiff via USPS Certified Mail 70189402380380326243, filed a complaint titled "Petition IL.Secy. of State. JesseWhite.4/8/2019", addressed to Illinois Secretary of State Jesse White 100 West Randolph Street, 9th Fl. Chicago, IL 60601 (Exhibit L)

    a. Plaintiff stated "...I Christopher M. Lawson have not rec'd Driver's License..."

    b. Plaintiff requested his middle initial "M" be displayed on mailings.

    c. Plaintiff needed Driver's License and ID Card for travel May 03, 2019.

    d. Plaintiff requested his driver's license on or before April 22, 2019 or "I shall be forced to file legal action in a court of law and request damages."

### Exhibit M,N,
### (April 08, 2019)
### (April 5, 2019 Postmark envelope from SOS)

48.    That on or about April 8, 2019, approximately (36-days later), the Plaintiff received an envelope postmark date April 05, 2019 from Defendants, Illinois Secretary of State JESSE WHITE, Illinois Drivers Services Department, **From:** STATE OF ILLINOIS, JESSE WHITE Secretary of State Springfield, IL 62723 **To:** CHRISTOPHER M. LAWSON 1812 S Clark Street Apt.12 Chicago, IL 60616     (Exhibit M ,N, )

a. The letter read "...The Driver's License/Identification Card issued to you on 2/22/2019 has been returned to our office by the USPS for the following reasons:

b. "Not deliverable as addressded/unable to forward/ forwarding order expired. "

b. There was noting delivered to Plaintiff CHRISTOPHER M. LAWSON.

49.     The Secretary of State letter postmarked April 5, 2019, omitted the words the Plaintiff used on the envelopes "MISSING INFORMATION". (Exhibit M, N,).

**Exhibit O**
**(April 11, 2019)**
**(HAGAN intercept of USPS Form 3811 to WHITE)**

50.     That on or about April 11, 2019, the Defendants the Illinois Department of Financial and Professional Regulations, Acting Secretary DEBORAH HAGAN, and/or their agents, while acting under color of law, within the scope of their employment, interfered with and/or obstructed, the delivery of a complaint titled "Petition IL.Secy.of State.Jesse.White .4/8/2019", addressed to Defendant JESSE WHITE Illinois Secretary of State , 100 West Randolph Street 9th Floor Chicago, IL 60601, sent via

United States Postal Service (USPS) Certified Mail No. 2134, (USPS) Return Receipt Form No.9590940238038032624391 (Exhibit L,M,N,O ).

**Exhibit P**
**(April 15, 2019)**
**(Petition to then Acting Secy HAGAN)**

51.     That on or about April 15, 2019, the Plaintiff CHRISTOPHER M. LAWSON, filed via the USPS Certified Mail 70181830000003432172, a complaint titled "Petition IDFPR.DeborahHagan.Acting.Secy.4/15/2019" with then Acting Secretary DEBORAH HAGAN 100 West Randolph Street, 9th Floor Chicago, IL 60601. (Exhibit P)

52.     The Plaintiff's complaint titled "Petition IDFPR.Deborah.Hagan.Acting Secy.4/15/2019, read...

        a.   "....I need an answer to the above on or before April 19, 2019..."

53.     Plaintiff had the following clearly established rights and privileges at the time of the complained of conduct:

a.    to exercise his free speech and to petition government for redress of grievances under the First Amendment without retaliation "Petition IL.Secy.of.State.JesseWhite4/8/2019", "Petition IDFPR.Deborah.Hagan.Acting.Secy.4/15/2019", "2nd Petition Leo.P.Schmitz.ISP.Director.11/8/2018".

b.    to "renew" and "receive" his Illinois Driver's License and Illinois Identification Card, displaying his name CHRISTOPHER M. LAWSON, under the Fourteenth Amendment and 42 U.S.C. § 1983.

c.    to have his Illinois Driver's License and Illinois I.D. Card delivered by the U. S. Postal Service displaying his name CHRISTOPHER M. LAWSON, under the Fourteenth Amendment and 42 U.S.C. § 1983.

d.    to apply for a Firearms Owner Identification Card (FOID) on the Illinois State Police website ispfsb.Com under his name CHRISTOPHER M. LAWSON, under the Second and Fourteenth Amendments and 42 U.S.C. § 1983.

e.    to be free from unconstitutional conduct under the equal protection clause of the Fourteenth Amendment and under 42 U.S.C. § 1983.

f.    to know that taxpayer funds would not be used to violate his constitutional rights under the Fourteenth Amendment and under 42 U.S.C. § 1983.

54.    42 U.S.C. § 1983 provides that:

Every person, who under color of any statue, ordinance, regulation, custom or usage of any state or territory of the District of Columbia subjects or causes to be subjected to any citizen of

the United States or other person within the jurisdiction thereof, to the deprivation of any rights, privileges or immunities secured by the constitution and law, shall be liable to the party injured in any action at law, suit in equity, or other appropriate proceeding for redress.

## CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp V. Kulp 1968,242 N.E. 2nd 228, 41 ILL 2ND 215**

Conspirators to be guilty of offense, need not have entered into conspiracy at same time, or have taken part in all its actions.

55.      The Court of Claims Act 705 ILCS 505/8 (a)(i)

Court of Claims Jurisdiction...

...the court shall not have jurisdiction (i) to hear or determine claims arising under the Workers' Compensation Act or the Workers' Occupational Diseases Act or claims for expenses in civil litigation...

56.      Plaintiff is entitled to declaratory judgement against each individually named Defendant WHITE, HAGAN, MAUTINO, MENDOZA, FRERICHS, SCHMITZ and their agencies under 42 U.S.C. § 1983, in that the actions and omissions of each of

these Defendants were taken maliciously, willfully or with a reckless or wanton disregard of the constitutional rights of the Plaintiff.

57.     Defendants, WHITE, HAGAN, MAUTINO, MENDOZA, FRERICHS, SCHMITZ and their duly authorized agents and/or employees, knew or should have known of these rights at the time of the complained of conduct, as they were clearly established at that time.

58.     The acts or omissions of these Defendants as described herein, deprived the Plaintiff CHRISTOPHER M. LAWSON, of his constitutional rights and statutory rights and caused him other damages.

59.     Plaintiff hereby adopts, realleges and incorporates all other paragraphs of this complaint as if fully set forth herein.

## COUNT I

### (42 U.S.C. § 1983 – Deprivation of Rights, Privileges, Conspiracy)

"duly authorized agents omitted Plaintiff's middle initial "M"

(IL Driver's License, Identification Card, License Plates)

(Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N, O)

(WHITE, SCHMITZ, HAGAN)

(1ST, 2ND, 4th and 14th Amendment- Conspiracy)

1St ....the right of the people to petition government for a redress of grievances...

2nd ....the right of the people to bear arms...

4TH ....the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated...

14TH ....no State shall enforce any law which shall abridge the privileges and immunities of citizens of the United States, nor shall any State deprive any citizen of life, liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protections of the laws...

**CONSPIRACY**

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp V. Kulp 1968,242 N.E. 2nd 228, 41 ILL 2ND 215**

Conspirators to be guilty of offense, need not have entered into conspiracy at same time, or have taken part in all its actions.

60.     That on or about March 04, 2019, the Defendants, Illinois Secretary of State JESSE WHITE, Illinois State Police Director LEO P. SCHMITZ, and/or duly their authorized agents and/or employees, under color of law,  within the scope of their employment, knowingly and intentionally, with malice, conspired with one another to alter the Plaintiff CHRISTOPHER M. LAWSON name by omitting the Plaintiff's middle

initial "M", and used the United States Postal Service (USPS) to mail and deliver the

threat, two (2) sealed 4x9 inch white envelopes, each containing a hard 2x3 inch card,

similar to a Driver's License or Identification Card, TO: CHRISTOPHER LAWSON 1812 S

Clark St. Apt.12, Chicago IL 60616". (Exhibit J and K).

61.     That on or about October 29, 2018, the Defendants, Illinois State Police

Director LEO P. SCHMITZ and Illinois Secretary of State JESSE WHITE, and/or duly

authorized agents and/or employees, under color of law, within the scope of their

employment, conspired with one another, used the internet website known as Illinois

State Police (ISP.ifsb.com), funded by Illinois taxpayers, to make a threat, maliciously,

willfully or with a reckless or wanton disregard for Plaintiff's rights, altered the

Plaintiff's name CHRISTOPHER M. LAWSON, by omitting the middle initial "M", and

used the Illinois State Police Website (ISP.ifsb.com), and STEP 3 Confirmation and

Electronic Signature and Plaintiff's Driver's License Number L-250********** date of

birth, the name CHRISTOPHER LAWSON and the electronic signature statement

"Under Penalty of Perjury to electronically mail and/or deliver a threat, to Plaintiff

CHRISTOPHER M. LAWSON. (Exhibit B and C).

WHEREFORE, Plaintiff, CHRISTOPHER M. LAWSON, prays for declaratory judgement under 705 ILCS 505/8(a)(i) against the Defendants, JESSE WHITE, LEO P. SCHMITZ, duly authorized agents and/or employees, as will be just and proper for the injuries and humiliation suffered, plus all cost of this litigation.

---

## COUNT II

## (42 U.S.C. § 1983 – Deprivation of Rights, Privileges, Conspiracy)

## "Petition IL.Secy.State.JesseWhite.4/8/2019 and Petition

## IDFPR.Deborah.Hagan.Acting.Secy.4/15/2019"

## (Exhibit L, M, N, O, P, Q,)

## (WHITE, HAGAN,)

### (1st, 4th, 14th Amendment - Conspiracy)

1st ....the right of the people to petition government for a redress of grievances...

4TH ....the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated...

14TH ....no State shall enforce any law which shall abridge the privileges and immunities of citizens of the United States, nor shall any State deprive any citizen of life, liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protections of the laws...

**CONSPIRACY**

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp V. Kulp 1968,242 N.E. 2nd 228, 41 ILL 2ND 215**

Conspirators to be guilty of offense, need not have entered into conspiracy at same time, or have taken part in all its actions.

62.     Plaintiff reallege and incorporate by reference the foregoing paragraphs as if set forth in full herein.

63.     That on or about April 11, 2019, the Defendants the Illinois Department of Financial and Professional Regulations, Acting Secretary DEBORAH HAGAN, and/or their agents, while acting under color of law, within the scope of their employment, conspired and interfered with and/or obstructed, the delivery of a complaint titled "Petition IL.Secy.of State.Jesse.White .4/8/2019", addressed to Defendant JESSE WHITE Illinois Secretary of State , 100 West Randolph Street 9th Floor Chicago, IL 60601, sent via United States Postal Service (USPS) Certified Mail No. 2134, (USPS) Return Receipt Form No.9590940238038032624391 (Exhibit G, H, I, ).

64.     The Defendants STATE OF ILLINOIS, Illinois Department of Financial and Professional Regulations, Acting Secretary, now Secretary DEBORAH HAGAN, and/or

their agents, acting under color of law, had a duty to exercise reasonable care so as not to violate or infringe upon the constitutional rights and privileges of the Plaintiff CHRISTOPHER M. LAWSON herein.

65.    That on or about April 11, 2019, Defendants, Illinois Department of Financial and Professional Regulations Secretary DEBORAH HAGAN, and/or their agents, while acting under color of law, within the scope of their employment, knew or should have known, that placing their official office stamp "Illinois Department of Financial and Professional Regulations Department (IDFPR)" and the words "Received By", on US Mail addressed to Illinois Secretary of State JESSE WHITE, conspired and invaded the privacy of, deprived and infringed upon the constitutional rights and privileges of, the Plaintiff CHRISTOPHER M. LAWSON, who under duress, petitioned government for a redress of grievances, in direct violation and/or contravention of his rights as guaranteed under the First, Fourth and Fourteenth Amendments of the Constitution and 42 U.S.C. § 1983.

## COUNT III

## (42 U.S.C. § 1983 – Deprivation of Rights, Privileges, Conspiracy)

## "duly authorized agents omitted Plaintiff's middle initial "M"

## (Application for Firearms Owner ID Card)

## (Exhibit B,C,D,)

## ( SCHMITZ, WHITE)

(1ST, 2nd 4th and 14th Amendment)

1ST ....the right of the people to petition government for a redress of grievances...

2ND ....the right of the people to keep and bear arms......

4TH ....the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated...

14TH ....no State shall enforce any law which shall abridge the privileges and immunities of citizens of the United States, nor shall any State deprive any citizen of life, liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protections of the laws...

### CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp V. Kulp 1968,242 N.E. 2nd 228, 41 ILL 2ND 215**

Conspirators to be guilty of offense, need not have entered into conspiracy at same time, or have taken part in all its actions.

66.    That on or about June 01, 2018 through April, 2019, the Defendants, Illinois

State Police Director LEO P. SCHMITZ and Illinois Secretary of State JESSE WHITE,

and/or duly authorized agents and/or employees, under color of law, within the scope

of their employment, conspired with one another, and used the United States Postal

Service and the internet website Illinois State Police (ISP.ifsb.com), funded by Illinois

taxpayers, to make threats, maliciously, willfully or with a reckless or wanton, total

disregard for Plaintiff's rights, by omitting the middle initial "M" of Plaintiff CHR-

CHRISTOPHER M. LAWSON .

WHEREFORE, Plaintiff, CHRISTOPHER M. LAWSON, prays for declaratory judgement

against the Defendants, JESSE WHITE, DEBORAH HAGAN, LEO P. SCHMITZ, FRANK

MAUTINO, MICHAEL W. FRERICHS, SUSANA A. MENDOZA, duly authorized agents

and/or employees, as will be just and proper for the injuries and humiliation suffered,

plus all cost of this litigation

COUNT IV

31

## (42 U.S.C. § 1983 – Deprivation of Rights, Privileges, Conspiracy)

"duly authorized agents omitted Plaintiff's middle initial "M"

### Taxpayer Funds

### (Exhibit A, B, C, D, E, F, G, H, I, J, K, L, M, N, O)

### ( WHITE, HAGAN, SCHMITZ, MAUTINO, MENDOZA, FRERICHS, )

(1ST, 2nd 4th and 14th Amendment-Conspiracy)

The violation of the Plaintiff's civil rights were committed by using Taxpayer Funds involving:

      a. The United States Postal Service.

      b. Internet website Illinois State Police ISP.ifsb.com

      c. The omission of Plaintiff's middle initial "M".

1ST ….the right of the people to petition government for a redress of grievances…

4TH ….the right of the people to be secure in their persons, houses, papers and effects, against unreasonable searches and seizures, shall not be violated…

14TH ….no State shall enforce any law which shall abridge the privileges and immunities of citizens of the United States, nor shall any State deprive any citizen of life, liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protections of the laws…

#### CONSPIRACY

Fraud maybe inferred from nature of acts complained of, individual and collective interest of alleged conspirators, situation, intimacy and relation of parties at time of commission of acts, and generally all circumstances preceding and attending culmination of claimed conspiracy **Illinois Rockford Corp V. Kulp 1968,242 N.E. 2nd 228, 41 ILL 2ND 215**

Conspirators to be guilty of offense, need not have entered into conspiracy at same time, or have taken part in all its actions.

67.     That as a direct and proximate result thereof, Plaintiff CHRISTOPHER

M. LAWSON was caused to, and did sustain, and suffer humiliation at various

Airports with TSA agents  May 3rd , and 5th , 2019, while traveling without a

permanent State of Illinois Driver's License or State Identification Card, and was

caused to be absent from his usual pursuits for significant periods of time, involving

his book "TRUTH OR TREASON-II"  ISBN 9780, filming a political documentary,

creating and producing music,  March 2019 and continuing to this day.

WHEREFORE, Plaintiff, CHRISTOPHER M. LAWSON, prays for declaratory judgement

under 42 USC § 1983 and 705 ILCS 505/8(a)(i), against Defendants, JESSE WHITE, LEO

P. SCHMITZ, DEBORAH HAGAN, FRANK J. MAUTINO, MICHAEL W. FRERICHS, SUSAN A.

MENDOZA, duly authorized agents and/or employees, as will be just and proper for

the injuries and humiliation suffered, plus all cost of this litigation.

_____                          6/12/2019

Mr. Christopher M. Lawson  (ProSe)                        Date:
1812 South Clark Street, Apt.12
Chicago, IL 60616          (312) 805-0045

# Exhibit A

### June 01, 2018

1ST time Plaintiff's middle initial "M" omitted by S.O.S.

03/ 2019 Secretary of State Jesse White / "NEW" Illinois License Plate and Registration Card

June 22, 2018 – middle initial "M" corrected by SOS Supv. Pat

### To: CHRISTOPHER LAWSON





LICENSE PLATE NO. 624####
2005 MERCURY MARINER

# Exhibit B

## 10/29/2018

## Illinois State Police Website (ispfsb.Com)

## CONFIRMATION & ELECTRONIC SINATURE- Step 3 for FOID Card

2nd time Plaintiff's middle initial "M" omitted



**10/31/2018**

This **ILLINOIS STATE POLICE** website altered my personal information and requested "**CONFIRMATION**" and "**ELECTRONIC SIGNATURE**" to authorize the alteration.

The COST to BUY and/or SELL CIVIL RIGHTS and/or the CONSTITUTION?

Approx:$50.00

Just Ask:
**Leo P. SCHMITZ**
**Illinois State Police Director**

"Leo.P.Schmitz.ISP.Director.
10/26/2018"

# Exhibit C

## 10/30/2018

### Illinois State Police Website (ispfsb.Com)

### E-mail to:   isp.state.il.us/foidinquiry.cfm

regarding Plaintiff's middle initial "M" omitted for FOID Card



**10/30/2018**

**This ILLINOIS STATE POLICE
website altered my personal
nformation...and the
employees repeatedly refused
to identify themselves or
answer questions in my Email.**

**The COST to BUY and/or SELL
CIVIL RIGHTS and/or the
CONSTITUTION?**

**Approx. $50.00**

**Just Ask:**

**"Leo.P.Schmitz.ISP.Director.
10/26/2018"**



PEAK / LAWSON HEARING*
MAY 24, 2017

EX.D

November 08, 2018 Sent Via: USPS Express Mail / 433 West Harrison Street / Cardiss Collins US Post Office  [Page 1 of 8]

(ret.) Chicago Police Officer Christopher M. Lawson Emp#12916 (Altered #637012/2005)
ChristopherMLawson @TreasonOrTruth Twitter.Com
1812 South Clark Street, Unit 12
Chicago, IL 60616

Leo P. Schmitz, Director
Chris G. R. (witness)
ILLINOIS STATE POLICE
801 South 7th Street
Springfield, IL 62703

[USPS Express Mail EE222321254/ Approx.Cost $28.75]
[USPS Green Return Signature Card 95909402401380796779818/Approx. Cost $2.75]
2nd Petition Leo.P.Schmitz.ISP.Director.11/08/2018
[Witness: IL State Police - Carleton P. Riley #9341 & Tracy Grantlen #9345]
[Cook County Judges: Hon.Timothy C. EVANS, Hon. Anita Rivkin-CAROTHERS, Hon. David A. SKRYD,
Hon. Jim or James J. RYAN, Hon. Clarence L. BURCH, Hon. Stephanie K. MILLER, Hon. Laura SULLIVAN
Hon. James BROWN, Hon. Leroy K. MARTIN JR., Hon. Neil F. LINEHAN, Hon. Peggy CHIAMPAS
Hon. Michael Joseph KANE
Sony DV Tape Audio/Video 72KNS021S1535
Book "Truth Or Treason" ISBN 9780988974708  Dated: 09/02/2015  USPS Express Mail EK364992985  Mailed: 09/04/2015 /Archdiocese of Chgo
Book "Truth Or Treason" ISBN 9780988974708  Dated: 09/12/2015  USPS Express Mail EK863874903  Mailed: 09/14/2015 /R.Emanuel
Book "Truth Or Treason" ISBN 9780988490304  Dated: 08/22/2018

Approx., 2017 & 2018...I (ret.) Chicago police officer Christopher M. LAWSON Emp.#12916/altered 637012 of 1812 S. Clark Street Unit 12
Chicago, IL 60616-1657 requested ALL necessary documents from police personnel division to obtain my "Concealed Carry Permit". On
October 29, 2018, I also applied online with the Illinois State Police to obtain my "2018 Firearms Owner's I.D. Card"... for the following
firearms purchased as a Cook County Sheriff and Chicago police officer currently in my possession *Smith &Wesson 357 Magnum Ser.No.
AJS0376 * Colt 38 Det.Spec. Ser.No.P23664 * Colt 38 Det.Spec. Ser.No.M34637 * Walther PPK 380 Ser.No.010449 * Beretta 9MM
Ser.No.L19995Z...witness Virginia GARCIA and personnel division officers. As of 11/07/2018, I have not received ANY forms, documents,
etc., to obtain my "Concealed Carry Permit" from the City of Chicago, Illinois Law Enforcement Training & Standards Board or failure of the
Illinois State Police to respond to my October 30, 2018 at approx. 7:00pm online response inquiry for my 2018 FOID Card at
www.isp.state.il.us/foid/foidinquiry/.cfm (See page 3).

Approximately, October 29, 2018 at 1:19pm, I Retired Chicago Police Officer Christopher M. LAWSON Emp#12916/(Emp#637012 altered in
2005) registered to obtain my FOID Card with the Illinois State Police at www.ispfsb.com/LH/reg.aspx . Approximately, October 29, 2018 at
1:37pm my name Christopher M. Lawson was altered by the Illinois State Police website www.ispfsb.com/LH/regconfirm.aspx to
Christopher LAWSON (See page 3) ,without my written authorization and/or permission, by omitting my middle initial "M" from "STEP 3"
"Your Registration Information"and "Personal Declaration and Signature" (See page 3).

Approximately October 30, 2018 at 7:00 pm, the Illinois State Police website personnel at www.isp.state.il.us/foid/foidinquiry/.cfm
(see page 3), evaded, refused and/or failed to respond to my inquiry regarding the omission of my middle initial "M" the Illinois State Police
website www.ispfsb.com/LH/regconfirm.aspx (See Page 3).

This neglect, omission and intentional obstruction by the City of Chicago Department of Police, Department of Finance, Illinois State Police
and others, violated my constitutional rights involving the 1st Amendment "Petition Government", 2nd Amendment "Right to Bear Arms", 4th
Amendment "Secure in their persons, houses, papers, and effects" 5th Amendment "Due Process of Law" 14th Amendment "Equal protection of
the Law"

I have enclosed a $10.00 Money Order No.159210 for my new FOID Card and a recent 2x2 passport photograph (See page 7).

have attached a carbon copy of my STATE OF ILLINOIS DRIVERS LICENSE which displays my name as CHRISTOPHER M. LAWSON
See page 4).

Signed

Retired Chicago Police Officer Christopher M. Lawson Emp#12916
1812 South Clark Street, Unit 12 Chicago, IL 60616

Brother:

BARRY PEAK d.o.b.11/13/52
520 East 47th Street. Apt.324 Chicago, IL 60653

Sister:

BRENDA    PEAK, d.o.b.11/13/52
3617 Wilcox Street, Bellwood IL 60104

Sister:

PATSY M. FULLER, (Born) PATSY M. PEAK, d.o.b.10/22/49
6430 South Stony Island Ave. Apt.310 Chicago, IL  60637

Brother:

BOBBY PEAK a.k.a (Born) PEAK d.o.b.8/11/21/39

"OFFICIAL SEAL"
ZANDRIA WILLIAMS
Notary Public, State of Illinois
My Commission Expires Feb. 23, 2019
Commission No. 815395

Brother:

KORKY M. PEAK d.o.b.10/08/60
11-8-18

# **Exhibit E**

### **January 20, 2019**

3rd time Plaintiff's middle initial "M" omitted S.O.S.

03/ 2019 Secretary of State Jesse White / "NEW" Illinois License Plate and Registration Card

### **2ND SEALED PLATE & REGISTRATION RETURNED by USPS TO: SOS**

**To**: CHRISTOPHER LAWSON



License Plate No. 707####
2005 DODGE CARAVAN

EX · F

**Receipt**

SZ6L CC 90E 6L-ZZ-Z0
ʚ0 00·0Z 9L LEEO-

L250-␇␇␇␇␇ 3 30.00 CA
02-22-19 306 CC 7924



Printed by authority of the State of Illinois. July 2014 — 2MM — DSD A 271

EX.G

EX. H



EX. I



# Exhibit J & K

## March 04, 2019

4th time Plaintiff's middle initial "M" omitted S.O.S.

These sealed envelopes each contained a hard 2x2 inch Card

### To: CHRISTOPHER LAWSON





 

PEAK / LAWSON HEARING
MAY 24, 2017

 EX. L

April 08, 2019   Sent Via: USPS Certified Mail / 433 West Harrison Street / Cardiss Collins US Post Office   [Page 1 of 4]

(ret.) Chicago Police Officer Christopher M. Lawson Emp#12916
ChristopherMLawson Treason Or Truth@Twitter.Com
1812 South Clark Street, Apt. 12
Chicago, IL 60616
Email: Afidavit1812CML@Gmail.Com
Ph:[312] 805-00

KHALIL UL REHMAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires June 29, 2022

Hon. Jesse White, Secretary
ILLINOIS SECRETARY OF STATE (JRTC)
100 West Randolph Street, 9ᵗʰ Fl
Chicago, IL 60601

[USPS Certified Mail 70181830000003432134/ Approx.Cost $4.25]
[USPS Form 3811 95909402380380326243911/Approx. Cost $2.75]
**Petition IL.Secy.of State.Jesse.White.04/08/2019**

Sony DV Tape Audio/Video 72KNS021S1535

Book "Truth Or Treason" ISBN 9780988974708  Dated: 09/02/2015 USPS Express Mail EK864992985   Mailed:  09/04/2015 /Archdiocese of Chgo
Book "Truth Or Treason" ISBN 9780988974708  Dated: 09/12/2015 USPS Express Mail EK863874903   Mailed:  09/14/2015 /R.Emanuel
Book "Truth Or Treason" ISBN 9780998490304  Dated: 08/22/2018

Mr. Secretary,

On February 22, 2019, my birthday, I Christopher M. Lawson paid $30.00 for the renewal of my Illinois Drivers' License and $20.00 for a Illinois State Identification Card at the Illinois Secretary of State Office (Lower Concourse JRTC) (See page 2.)

I was informed by the Illinois Secretary of State's office that day that "You should receive your new license in the U.S. Mail within approximately 14 days or two weeks.

As of March 08, 2019, I Christopher M. Lawson, have not received my "Permanent" Illinois Driver's License or Illinois State Identification Card as stated on my receipt no. 306CC7924 (See page 3 & 4) ...

### "KEEP THIS RECEIPT UNTIL YOUR PERMANENT CARD ARRIVES IN THE MAIL."
**"You should receive your Driver's License / CLP / ID Card within 15 business days from the date issued (above) unless you have received correspondence stating otherwise."**

I am doing research at the Federal Dirksen Building located at 219 South Dearborn. I need my Drivers License to show Federal officer's to enter the building.

On May 03, 2019, I am also taking a flight from Chicago to Orange County, California...I will be doing research on my new book ISBN 9780998490304 and documentary titled TRUTH or TREASON II

I will need my Illinois Driver's License and Illinois State identification Card, to pass through the United States Transportation Security Administration (TSA) Check Point, board my flight and rent a vehicle.

Mr. Secretary, please ensure that my middle initial "M" is displayed and visible on all mailings. If I do not receive my "Permanent" Drivers License and State ID Card, on or before April 22, 2019...I shall be forced to file legal action in a court of law and request damages.

Signed
Retired Chicago Police Officer Christopher M. Lawson Emp#12916
1812 South Clark Street, Unit 12 Chicago, IL 60616

Sister:
BRENDA PEAK, d.o.b.11/13/52
3617 Wilcox Street, Bellwood IL 60104

Brother:
BOBBY PEAK, a.k.a. ROBERT PEAK, d.o.b.11/21/39
1052 West Byron Street, Apt. 1 North/927 Chgo. IL 60613

Citizen:
MARIE C. YERKMAN 4507 W. Washington Blvd, Apt 422 Chgo, IL 60644

Brother:
BARRY PEAK, d.o.b.11/13/52
1458 South Canal St (Pacific Garden Mission) Chicago, IL 60616

Sister:
PATSY M. FULLER, (Born) PATSY M. PEAK, d.o.b.10/22/49
6430 South Stony Island Ave. Apt.310 Chicago, IL 60637

Brother:
KORKY M. PEAK, d.o.b.10/08/60
4621 North Sheridan Rd. Apt.324 Chgo, IL 606

Citizen:

**EX. M**



# OFFICE OF THE SECRETARY OF STATE
# DRIVER SERVICES DEPARTMENT

2701 SOUTH DIRKSEN PARKWAY
SPRINGFIELD, ILLINOIS 62723
WWW.CYBERDRIVEILLINOIS.COM

CHRISTOPHER M. LAWSON
1812 S CLARK ST APT 12
CHICAGO, IL 60616

Re: DL/ID Number  L250-1135-7053

Dear Applicant:

The Drivers License/Identification Card issued to you on 02/22/2019 has been returned to our office by the United States Postal Service (USPS) due to the following reason:

° Not deliverable as addressed/unable to forward/forwarding order expired

**Please note that while this letter may have been forwarded to you, the U. S. Post Office cannot forward Driver's License, CLP or ID Cards.**

It will be necessary for you to visit a Driver Services Facility, with documentation to verify your current residence address, for the issuance of a corrected card. Acceptable documents to prove residence address can be found at www.cyberdriveillinois.com.

If your mail is currently being held by the USPS because you are "Temporarily Away", you should visit your local post office to make any necessary changes to receive the card at your current address. Also, if you have moved out of state, you may no longer be an official resident of Illinois, and if so, would no longer be eligible for an Illinois License or Identification Card.

**THIS NOTIFICATION IS AUTHORIZED BY THE DIRECTOR OF THE DRIVER SERVICES DEPARTMENT**

(Form DSCIPR - Rev. 04/10/2018)





**JESSE WHITE**
SECRETARY OF STATE
SPRINGFIELD, IL 62723
DSD A-206

POSTMASTER
PLEASE FORWARD

CHRISTOPHER M. LAWSON
1812 S CLARK ST APT 12
CHICAGO, IL 60616

EX.N

CGR-AAF 60616

 

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Jesse White, Secretary
OFFICE OF ILLINOIS SECRETARY OF STATE
100 West Randolph Street, 9th Floor
Chicago, IL 60601
(Mailed:4/8/2019) (Rec'd back: 4/13/19)
(Petition 4/8/2019)

9590 9402 3803 8032 6243 91

2. Article Number: 7018 1830 0000 0343 2134

7018 1830 0000 0343 2134

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): RECEIVED IDFPR CHICAGO

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DIV. OF PROFESSIONAL REGULATION

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EX. O

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box*

Retired Chicago Police Officer Emp.12916/637012
Christopher M. Lawson
1812 South Clark Street, Apt.12
Chicago, IL 60616
(Petition Jesse White.4/8/2019)
(Mailed:4/8/2019) (Rec'd Back: 4/13/19)

9590 9402 3803 8032 6243 91

USPS TRACKING #

PEAK / LAWSON HEARING
MAY 24, 2017


EX. P

April 15, 2019 Sent Via: USPS First Class Mail / 433 West Harrison Street / Cardiss Collins US Post Office   [Page 1 of 4]

(ret.) Chicago Police Officer Christopher M. Lawson Emp#12916 (Altered #637012/2005)
ChristopherMLawson Treason Or Truth@Twitter.Com
1812 South Clark Street, Apt. 12
Chicago, IL 60616
Email: Afidavit1812CML@Gmail.Com
Ph:[312] 805-00

KHALIL UL REHMAN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires June 29, 2022

Deborah Hagan, Acting Secy. or Current
ILLINOIS DEPARTMENT of FINANCIAL
and PROFESSIONAL REGULATIONS
100 West Randolph Street, 9th Floor
Chicago, IL 60601

[USPS Certified Mail 70181830000003432172/ Approx.Cost $4.05]
[USPS Form 3811 95909402455828784701721/Approx. Cost $2.80]
Petition IDFPR.Deborah.Hagan.Acting Secy.04/15/2019
[Dir. Jay Stewart] [Acting Secy. Manuel Flores & Adams]
Sony DV Tape Audio/Video 72KNS021S1535

Book "Truth Or Treason" ISBN 9780588974708  Dated: 09/02/2015  USPS Express Mail EK864991985  Mailed:  09/04/2015 /Archdiocese of Chgo
Book "Truth Or Treason" ISBN 9780988974708  Dated: 09/12/2015  USPS Express Mail EK863874903  Mailed:  09/14/2015 /R.Emanuel
Book "Truth Or Treason" ISBN 9780998490304  Dated: 08/22/2018

Approximately, April 08, 2019, I retired Chicago police officer Christopher M. Lawson, employee no.12961 (altered from 637012 in 2005 by
City of Chicago), paid the USPS approximately  $2.80 for the "SIGNATURE" in box (A) of USPS Form 3811, of the person or persons,
accepting, receiving, opening and viewing the USPS certified mail 70181830000003432134, delivery of petition "Petition
IL.Secy.of.State.JesseWhite.4/8/2019".  (See Figure 1 on page 2)

Approximately, April 08, 2019, I retired Chicago police officer Christopher M. Lawson, employee no.12961 (altered from 637012 in 2005 by
City of Chicago), also paid the USPS approximately  $2.80 to check box (D) of USPS Form 3811, "IS THE DELIVERY ADDRESS
DIFFERENT FROM ITEM 1 ? (YES or NO) (See Figure 1 on page 2).

1( IDFPR Acting Secretary Deborah Hagan; Did you or your office open USPS Certified Mail 70181830000003432134, containing the four
page petition "Petition IL.Secy.of.State.JesseWhite.4/8/2019" directed to the IL Secy. Jesse White?  Yes or No

2(IDFPR Acting Secretary Deborah Hagan; How did you and/or your office, obtain knowledge of USPS Certified Mail
70181830000003432134, containing the four page petition "Petition IL.Secy.of.State.JesseWhite.4/8/2019" directed to the
IL Secy. Jesse White?

3(IDFPR Acting Secretary Deborah Hagan; Who made the decision that you and/or your office, would receive USPS Certified Mail
70181830000003432134, containing the four page petition "Petition IL.Secy.of.State.JesseWhite.4/8/2019" directed to the IL Secy. Jesse
White?

4(IDFPR Acting Secretary Deborah Hagan; Do you and/or your office, have any knowledge of petition "Petition
IL.Gov.JB.Pritzker.2/22/2019? (Yes or No).  If Yes, How was that knowledge obtained?    When? (See Fig. 3)

5(IDFPR Acting Secretary Deborah Hagan; Do you and/or your office, have any knowledge of petition "2nd Petition
Leo.P.Schmitz.ISP.Director.11/8/2018? (Yes or No).  If Yes, How was that knowledge obtained?    When? (See Fig. 4)

I need an answer to the above on or before April 19, 2019.... IDFPR RESPONSIVE INNOVATIVE TRANSPARENT EFFICIENT

Signed

Retired Chicago Police Officer Christopher M. Lawson Emp#12916
1812 South Clark Street, Apt. 12 Chicago, IL 60616
Sister:
BRENDA  PEAK, d.o.b.11/13/52
3617 Wilcox Street, Bellwood IL 60104
Brother:
BOBBY PEAK, a.k.a. ROBERT PEAK, d.o.b.11/21/39
1052 West Byron Street, Apt. 1 North/927 Chgo. IL 60613
Citizen:
MARIE C. YERKMAN 4507 W. Washington Blvd, Apt 422 Chgo, IL 60644

Brother:
BARRY PEAK, d.o.b.11/13/52
1458 South Canal St (Pacific Garden Mission) Chicago, IL 60616
Sister:
PATSY M. FULLER, (Born) PATSY M. PEAK, d.o.b.10/22/49
6430 South Stony Island Ave. Apt.310 Chicago, IL 60637
Brother:
KORKY M. PEAK, d.o.b.10/08/60
4621 North Sheridan Rd. Apt.312 Chgo, IL 606
Citizen: